UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:10-CR-00337-D-1

| UNITED STATES OF AMERICA, | ) |
| --- | --- |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| MARVIN KEMP PRIDGEN, | ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on Defendant's Motion to Seal (D.E. # 66).

FOR GOOD CAUSE SHOWN, the Motion is ALLOWED. The Motion and Proposed Order (D.E. # 53) shall be sealed.

SO ORDERED.

This the 29 day of August, 2011.

*[signature]*